# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:14 cr 29-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JAMES SCOTT COVINGTON, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came on before the undersigned pursuant to a Motion to Dismiss Count Two in Bill in Information as to Named Defendants (#243) filed by the Government. It appears to the undersigned that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Dismiss Count Two in Bill of Information as to Named Defendants (#243) is hereby **ALLOWED** and Count Two as to the Bill of Information is dismissed.

Signed: October 20, 2014

Dennis L. Howell
United States Magistrate Judge

1